IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF ASSISTIVE AND REHABILITATIVE SERVICES and ROLAND G. MARSHALL, BLIND VENDOR AND ENTREPRENEUR, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 08-575C |
| | ) | (Senior Judge Wiese) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Robert E. Chandler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12002
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s Robert E. Chandler
ROBERT E. CHANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 514-4678
Facsimile: (202) 514-8624
E-mail: Robert.Chandler@usdoj.gov

Dated: August 17, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of August, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Robert E. Chandler